IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. BOND,<br><br>          Plaintiff,<br><br>    vs.<br><br>MARK W. EVERSON, et al.,<br><br>          Defendant. | No. CV-F-05-1339 REC/SMS<br><br>ORDER CONTINUING ORAL ARGUMENT RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FROM FEBRUARY 6, 2005 TO MONDAY, FEBRUARY 27, 2006 AT 1:30 P.M. |

    Oral argument re plaintiff's motion for default judgment is hereby continued from February 6, 2006 to Monday, February 27, 2006 in Courtroom One, Federal Building, 2500 Tulare Street, Fresno, Ca.

IT IS SO ORDERED.

**Dated: January 17, 2006**                   **/s/ Robert E. Coyle**
668554                                                    UNITED STATES DISTRICT JUDGE

1